PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: ROBINSON, Anthony         Cr.: 09-00924-001
       PACTS Number: 42407

Name of Sentencing Judicial Officer: Honorable William M. Nickerson, Sr. U.S.D.J. - District of Maryland

Date of Original Sentence: 11/16/05

Original Offense: Count One: Conspiracy to Make and Use False Document and Writing; and Count Two: Convicted Felon in Possession of a Firearm

Original Sentence: 42 months imprisonment; three years supervised release; $200 special assessment. Special condition: drug and alcohol testing/treatment.

Type of Supervision: Supervised Release         Date Supervision Commenced: 05/22/08

## PETITIONING THE COURT

[X] To modify the conditions of supervision as follows. The addition of the following special condition:

COMMUNITY SERVICE  (25 hours)

The defendant shall contribute 25 hours of community service work over a period of two (2) months or less from the date this petition is signed by Your Honor. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

Robinson failed to report contact with law enforcement to the Probation Office accordingly. Specifically, a recent motor vehicle inquiry revealed he was issued a summons by Newark, New Jersey Police Department for operating a vehicle without a valid driver's license on May 15, 2010.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.

Date: 09/09/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date